CV-13-126-LRS

# **Exhibit 1**

Exhibit 1 Page 1

| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | FileHash | ISP | city |
|---|---|---|---|---|---|---|
| 1 | 66.189.197.53 | µTorrent 3.2.3 | 02/19/2013 03:58:28 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Communications | Pasco |
| 2 | 71.94.178.243 | Vuze 4.9.0.0 | 02/18/2013 06:33:13 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Communications | Yakima |
| 3 | 69.28.34.2 | Vuze 4.8.1.2 | 02/10/2013 10:03:11 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Ptera Wireless | Cheney |
| 4 | 96.39.200.108 | µTorrent Mac 1.8.2 | 02/10/2013 05:52:34 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Communications | Wenatchee |
| 5 | 67.165.123.174 | µTorrent 3.2.3 | 02/07/2013 05:13:04 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Kennewick |
| 6 | 68.116.67.22 | Vuze 4.5.0.4 | 02/06/2013 05:49:30 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Communications | Spokane |
| 7 | 68.118.223.207 | µTorrent 3.1.3 | 02/05/2013 01:36:40 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Communications | Richland |
| 8 | 67.185.241.64 | µTorrent 2.2.1 | 02/04/2013 03:15:50 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Spokane |
| 9 | 97.115.171.222 | BitTorrent 7.7.3 | 02/02/2013 04:09:22 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Spokane |
| 10 | 67.185.121.154 | Vuze 4.8.1.2 | 02/02/2013 07:28:35 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Spokane |
| 11 | 66.243.239.23 | µTorrent 3.2.3 | 02/01/2013 02:31:17 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Fairpoint Communications | Ellensburg |
| 12 | 75.142.65.204 | µTorrent 3.2.3 | 01/23/2013 05:31:06 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Communications | Kennewick |
| 13 | 66.243.237.115 | BitTorrent 7.7 | 01/23/2013 02:29:38 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Fairpoint Communications | Ellensburg |
| 14 | 74.82.235.191 | BitTornado 18.33.0 | 01/17/2013 06:46:12 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | iFiber Communications Cor | Moses Lake |
| 15 | 207.108.50.170 | µTorrent 2.2.1 | 01/16/2013 11:42:31 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Moses Lake |
| 16 | 66.243.232.12 | µTorrent 3.1.0 | 01/12/2013 08:03:10 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Fairpoint Communications | Selah |
| 17 | 174.61.168.14 | Deluge 2.1.1.0 | 01/11/2013 11:58:20 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Spokane |
| 18 | 67.185.1.86 | Transmission 2.52 | 01/09/2013 07:47:15 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Spokane |
| 19 | 97.119.242.233 | BitTorrent 7.2.1 | 01/08/2013 03:10:14 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Spokane |
| 20 | 98.225.12.117 | µTorrent 3.2.3 | 01/07/2013 07:09:58 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Spokane |
| 21 | 96.39.145.129 | µTorrent 3.1.3 | 01/07/2013 03:00:44 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Communications | Pasco |
| 22 | 24.245.64.240 | µTorrent 3.2.3 | 01/06/2013 01:27:35 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Northland Cable Television | Moses Lake |
| 23 | 71.213.252.111 | µTorrent 3.2.0 | 01/05/2013 10:05:02 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Spokane |
| 24 | 67.232.71.131 | BitComet 1.29 | 01/05/2013 02:02:39 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Embarq Corporation | Granger |
| 25 | 97.115.190.164 | µTorrent 3.2.3 | 01/03/2013 06:44:50 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Spokane |
| 26 | 96.41.162.191 | BitTorrent 7.7.2 | 01/02/2013 10:01:07 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Communications | Wenatchee |
| 27 | 68.113.0.240 | Vuze 4.8.0.0 | 01/02/2013 06:58:31 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Communications | Kennewick |
| 28 | 67.185.16.71 | BitTorrent 7.7.2 | 01/02/2013 06:19:48 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Spokane |
| 29 | 174.61.169.62 | BitComet 1.31 | 01/02/2013 03:03:20 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Spokane |
| 30 | 67.185.251.130 | µTorrent 3.2.1 | 12/30/2012 06:18:48 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Spokane |
| 31 | 71.213.252.54 | BitComet 1.32 | 12/17/2012 08:58:18 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Century Link | Moses Lake |
| 32 | 174.61.145.251 | Vuze 4.8.0.0 | 12/14/2012 10:01:07 PM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Comcast Cable | Spokane |
| 33 | 71.93.15.238 | µTorrent 3.2.3 | 12/13/2012 01:57:49 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Communications | Kennewick |
| 34 | 71.94.160.165 | Vuze 4.8.0.0 | 12/06/2012 11:21:58 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Charter Communications | Kennewick |

The Thompsons Film, LLC v. Does 1-35--E.D. WA

The Thompsons

Exhibit 1 Page 2

| 35 | 64.234.15.68 | BitSpirit 3.6.0 | 12/05/2012 02:51:58 AM | SHA1: 4C55A9C583CDC447A14CF245BBD9C1F3AAA30C23 | Northland Cable Television | Soap Lake |