UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| THE THOMPSONS FILM, LLC, | ) | |
| | ) | NO.  CV-13-0126-LRS |
| Plaintiff, | ) | |
| -vs- | ) | ORDER OF RECUSAL |
| | ) | |
| DOES 1-35, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

For reasons that are unnecessary to recite here, the court deems it appropriate to recuse itself, pursuant to 28 U.S.C. § 455, from any further proceedings in the above-captioned civil matter.  Accordingly, this case shall be returned to the District Court Executive for random reassignment to another judge in this district.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this order and forward copies to counsel and to Chief Judge Rosanna Malouf Peterson.

**DATED** this 24th day of May, 2013.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF RECUSAL