Maureen C. VanderMay, WSBA No. 16742
The VanderMay Law Firm PC
2021 S Jones Blvd.
Las Vegas, Nevada 89146
(702) 538-9300

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE THOMPSONS FILM, LLC, ) | Case No.: 2:13-CV-00126-TOR |
| Plaintiff, ) | |
| ) | LIMITED NOTICE OF DISMISSAL |
| v. ) | BY PLAINTIFF |
| ) | |
| DOES 1 – 29, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff The Thompsons Film, LLC hereby voluntarily dismisses the following parties in this matter because the subpoenaed Internet Service Providers are unable to identify the subscribers with sufficient certainty to proceed against these parties:

Doe No. 11, IP address 66.243.239.23, 02/01/2013 02:31:17 a.m.

Doe No. 13, IP address 66.243.237.115, 01/23/2013, 02:29:38 a.m.

Doe No. 14, IP address 74.82.235.191, 01/17/2013, 06:46:12 p.m.

Doe No. 15, IP address 207.108.50.170, 01/16/2013 11:42:31 p.m.

Doe No. 22, IP address 24.245.64.240, 01/06/2013 01:27:35 a.m.

Plaintiff further voluntarily dismisses the following parties in this matter:

Doe No. 6, IP address 68.116.67.22, 02/06/2013 05:49:30 p.m.

Doe No. 8, IP address 67.185.241.64, 02/04/2013 03:15:50 a.m.

LIMITED NOTICE OF DISMISSAL
BY PLAINTIFF – Page 1

Doe No. 9, IP address 97.115.171.222, 02/02/2013 04:09:22 p.m.

Doe No. 26, IP address 96.41.162.191, 01/02/2013 10:01:07 p.m.

This dismissal is without prejudice and without costs. The dismissed parties have not filed responsive pleadings.

DATED: August 30, 2013

Respectfully submitted,

The VanderMay Law Firm

s/ Maureen C. VanderMay
Maureen C. VanderMay, WSBA No. 16742
email: thethompsonswa@vandermaylawfirm.com
The VanderMay Law Firm PC
2021 S. Jones Blvd.
Las Vegas, Nevada 89146
Of Attorneys for Plaintiff

LIMITED NOTICE OF DISMISSAL
BY PLAINTIFF – Page 2