UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE THOMPSONS FILM, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>ROSS KAPPEN, et al.,<br><br>                    Defendants. | NO:  13-CV-0126-TOR<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SET ASIDE DEFAULT AND DISMISSING DEFENDANT MONTY WICKENHAGEN |

   BEFORE THE COURT is Plaintiff's Motion to Set Aside Entry of Default and for Dismissal Against Defendant Monty Wickenhagen (ECF No. 96).  For good cause shown, the motion is granted.  The default entered against the late Ms. Wickenhagen on December 9, 2013 (ECF No. 86) is hereby vacated.  Plaintiff's claims against Defendant Wickenhagen are hereby dismissed with prejudice and without fees or costs to either party.  Fed. R. Civ. P. 41(a)(2).

//

//

ORDER DISMISSING DEFENDANT MONTY WICKENHAGEN ~ 1

1  **IT IS HEREBY ORDERED:**

2  The default entered against Defendant Wickenhagen on December 9, 2013

3  (ECF No. 86) is hereby **VACATED**. Plaintiff's claims against Defendant

4  Wickenhagen are hereby **DISMISSED** with prejudice and without fees or costs to

5  either party. Fed. R. Civ. P. 41(a)(2).

6  The District Court Executive is hereby directed to enter this Order, provide

7  copies to counsel, furnish copies to Defendants whose addresses are presently of

8  record, and **TERMINATE** Defendant Monty Wickenhagen.

9  **DATED** March 6, 2014.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING DEFENDANT MONTY WICKENHAGEN ~ 2