UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE THOMPSONS FILM, LLC,<br><br>                    Plaintiff,<br><br>   v.<br><br>ROSS KAPPEN, et al.,<br><br>                   Defendants. | NO:  13-CV-0126-TOR<br><br>ORDER GRANTING JOINT MOTION TO SET ASIDE DEFAULT AND ENTRY OF STIPULATED CONSENT JUDGMENT AS TO DEFENDANT WAYNE LONG |

BEFORE THE COURT is the parties' (Plaintiff and Wayne Long) Joint Motion to Set Aside Entry of Default and for Entry of Stipulated Consent Judgment (ECF No. 100).  Pursuant to the parties' stipulation and for good cause shown, the motion to set aside default is **GRANTED**. Fed. R. Civ. P. 55(c). The Order of Default (ECF No. 82) entered against Defendant Wayne Long on December 9, 2013, is hereby **VACATED**.

ORDER GRANTING JOINT MOTION TO SET ASIDE DEFAULT AND ENTRY OF STIPULATED CONSENT JUDGMENT AS TO DEFENDANT WAYNE LONG ~ 1

The parties, through their respective counsel, have submitted a Stipulated Consent Judgment, ECF No. 100-3, for approval and entry. The Court approves said stipulation.

WHEREFORE, IT IS HEREBY ORDERED, for all matters relevant to this case between these parties (Plaintiff and Wayne Long), as follows:

1.      This Court has jurisdiction over the parties and venue is proper.

2.      Plaintiff has valid and enforceable rights in the original copyrighted work, *The Thompsons*, registered with the United States Copyright Office, Reg. No. PAu 3-651-594.

3.      Defendant, Wayne Long, has willfully infringed Plaintiff's rights by the intentional copying and distribution of Plaintiff's motion picture causing Plaintiff economic harm.

4.       Defendant, Wayne Long, is PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiff's rights in Plaintiff's motion picture, including without limitation by using the Internet to reproduce or copy Plaintiff's motion picture, to distribute Plaintiff's motion picture, or to make Plaintiff's motion picture available for distribution to the public, except pursuant to lawful written license or with the express authority of Plaintiff.

ORDER GRANTING JOINT MOTION TO SET ASIDE DEFAULT AND ENTRY OF STIPULATED CONSENT JUDGMENT AS TO DEFENDANT WAYNE LONG ~ 2

5.        Defendant, Wayne Long, is directed to destroy all unauthorized copies of Plaintiff's motion picture in his possession or subject to his control.

**IT IS SO ORDERED.**

The District Court Executive is hereby directed to enter this Order, enter Judgment for Plaintiff against Wayne Long (pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay entry), and provide copies to counsel and the pro se Defendants at their addresses of record. The file will stay OPEN for the remaining unresolved claims.

**DATED** April 24, 2014.



THOMAS O. RICE
United States District Judge

ORDER GRANTING JOINT MOTION TO SET ASIDE DEFAULT AND ENTRY OF STIPULATED CONSENT JUDGMENT AS TO DEFENDANT WAYNE LONG ~ 3