# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| THE THOMPSONS FILM, LLC <br> *Plaintiff* <br> v. <br> ROSS KAPPEN, et al. <br> *Defendant* | Civil Action No. 13-CV-0126-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Wayne Long is permanently enjoined from directly, contributorily or indirectly infringing Plaintiff's rights in Plaintiff's motion picture, including without limitation by using the Internet to reproduce or copy Plaintiff's motion picture, to distribute Plaintiff's motion picture, or to make Plaintiff's motion picture available for distribution to the public, except pursuant to lawful written license or with the express authority of Plaintiff. Defendant Wayne Long is directed to destroy all unauthorized copies fo Plaintiff's motion picture in his possession or subject to his control.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on a motion to Set Aside Entry of Default and for Entry of Stipulated Consent Judgment.

Date: April 24, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen