# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| THE THOMPSONS FILM, LLC  *Plaintiff*  v.  ROSS KAPPEN,  *Defendant* | Civil Action No. 13-CV-0126-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* The Thompsons Film, LLC recover from the defendant *(name)* Ross Kappen the amount of three thousand one hundred dollars ($ 3,100.00 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.11 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on an Order Granting Plaintiff's Renewed Motion for Default Judgment and Permanent Injunctions, permanently enjoining defendant from infringing upon Plaintiff's copyright, The Thompsons motion picture, Registration No. PAu 3-651-594. (ECF No. 125)

Date: October 31, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen