# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| THE THOMPSONS FILM, LLC<br>*Plaintiff*<br>v.<br>ANTHONY HAYES,<br>*Defendant* | Civil Action No. 13-CV-0126-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* **The Thompsons Film, LLC** recover from the defendant *(name)* **Anthony Hayes** the amount of **three thousand one hundred** dollars ($ **3,100.00** ), which includes prejudgment interest at the rate of **0.00** %, plus post judgment interest at the rate of **0.11** % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge **THOMAS O. RICE** on an Order Granting Plaintiff's Renewed Motion for Default Judgment and Permanent Injunctions, permanently enjoining defendant from infringing upon Plaintiff's copyright, The Thompsons motion picture, Registration No. PAu 3-651-594. (ECF No. 125)

Date: October 31, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen